**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAIRO STEVENS BUILES RUIZ,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **No. 26-cv-4927** |
| | : | |
| **J.L. JAMISON, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **27th** day of **July 2026**, upon review of the parties' Joint Status Report (ECF No. 7), and the docket, it is hereby **ORDERED** as follows:

1. Any restrictions previously imposed on Petitioner's location by this Court are now lifted.

2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**